**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FREEDOM DEFENSE INITIATIVE,<br><br>PAMELA GELLER,<br><br>ROBERT SPENCER,<br><br>JIHAD WATCH,<br>    Plaintiffs,<br>  v.<br>LORETTA LYNCH, in her official capacity as Attorney General of the United States,<br>    Defendant. | Civil Action No. 1:16-cv-01437-JEB |

**PROPOSED ORDER**

This cause comes before the Court on Federal Defendant's Motion to Dismiss the Complaint. Having considered Federal Defendant's motion and the opposition thereto, Federal Defendant's motion is hereby GRANTED. The claims alleged in the Complaint are DISMISSED.

Dated:

                                                                                    Hon. James E. Boasberg
                                                                                    United States District Judge