AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

American Freedom Defense Initiative et al. )
*Plaintiff*
v. ) Case No. 1:16-cv-01437-JEB
Lynch )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Freedom Defense Initiative, Pamela Geller, Robert Spencer, Jihad Watch.

Date: 9/28/16

/s/David Yerushalmi
*Attorney's signature*

David Yerushalmi (DC#978179)
*Printed name and bar number*

American Freedom Law Center
1901 Pennsylvania Avenue NW, Suite 201
Washington, DC 20006
*Address*

dyerushalmi@americanfreedomlawcenter.org
*E-mail address*

646-262-0500
*Telephone number*

801-760-3901
*FAX number*