# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5341**　　　　　　　　　　　　　　**September Term, 2017**

**1:16-cv-01437-JEB**

**Filed On: November 7, 2017** [1703391]

American Freedom Defense Initiative, et al.,

　　　　Appellants

　　v.

Jeff Sessions, in his official capacity as Attorney General of the United States,

　　　　Appellee

## M A N D A T E

In accordance with the judgment of September 15, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　BY:　/s/
　　　　　　　　　　　　Ken R. Meadows
　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed September 15, 2017